UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SAMUEL PARKER,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ET AL.,<br><br>Defendants. | 26-CV-10054 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application (ECF 2), but it is not fully completed, and the Court is therefore cannot determine whether Plaintiff is unable to pay the fees.[1] Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached Amended IFP application. If Plaintiff submits the Amended IFP application, it should be labeled with docket number 26-CV-10054 (LTS).[2]

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to refiling.

---

[1] Plaintiff also indicates that he previously attempted to file this action with the $405.00 in filing fees.

[2] IFP applications are viewable by the public on the internet and thus complete financial account numbers should not be included. *See* Fed. R. Civ. P. 5.2.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: November 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge